# Court of Appeals
# of the State of Georgia

ATLANTA,  April 12, 2023

*The Court of Appeals hereby passes the following order:*

**A23I0174.  ABBY SAWYER v. THE STATE.**

On March 8, 2023, the trial court denied Abby Sawyer's motion to suppress. The following day, on March 9, 2023, the trial court certified its order for immediate review. Sawyer thereafter filed this application for interlocutory review on March 21, 2023. We lack jurisdiction.

Under OCGA § 5-6-34 (b), an application for interlocutory appeal must be filed within ten days of the trial court's certificate of immediate review. *Genter v. State*, 218 Ga. App. 311, 311 (460 SE2d 879) (1995). The statutory requirements for interlocutory review are jurisdictional. *State v. Wheeler*, 310 Ga. 72, 76 (3) (849 SE2d 401) (2020). Because Sawyer filed the instant application twelve days after the trial court entered its certificate of immediate review, her application is untimely. Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/12/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.